UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| HAROLD NEELEY, individually and on behalf of the Estate of Dessie Neeley, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 6:15-CV-54-GFVT-HAI |
| v. | ) ) | |
| | ) | ORDER |
| WOLTERS KLUWER HEALTH, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The District Court referred this matter to the undersigned to hold a telephonic conference to determine the status of the case and the parties' expectations going forward. D.E. 277. Accordingly, the Court **ORDERS** that a telephonic conference, for counsel only and on the record, is scheduled for **Tuesday, December 29, 2015,** commencing at **2:30 P.M.** to discuss the schedule, discovery progress, and any pretrial concerns raised by the respective parties. To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-888-675-2535**,** to enter Access Code 8810053 (followed by "#"), and, when requested, enter the Security Code 1554 (followed by "#").

The Clerk is **DIRECTED** to make the unredacted Order accessible to counsel of record electronically, as a restricted document accessible only by case participants, and docket **ONLY** the redacted Order.

This the 17th day of December, 2015.



Signed By:
Hanly A. Ingram
United States Magistrate Judge